666

man *Phleger, Maurice E. Harrison,* and *John Ford Baecher* for petitioner. *Mr. Harold C. Morton* for respondents.

No. 182. STRATES ET AL. *v.* DIMOTSIS ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Keeling* for petitioners.

No. 184. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HORSESHOE LEASE SYNDICATE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Biddle* for petitioner. *Mr. George S. Atkinson* for respondent.

No. 185. PENNSYLVANIA-READING SEASHORE LINES *v.* CAWMAN, ADMINISTRATRIX. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Alfred E. Driscoll* for petitioner. *Mr. James H. McHale* for respondent.

No. 186. DE LA TORRE *v.* FIRST NATIONAL BANK OF NEW YORK. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henry G. Molina* for petitioner. *Mr. Earle T. Fiddler* for respondent.

No. 193. BAKER *v.* ARKANSAS. October 14, 1940. Petition for writ of certiorari to the Supreme Court of

Arkansas denied. *Messrs. A. G. Bush* and *W. R. Donham* for petitioner.

No. 195. COMMERCIAL CASUALTY INSURANCE Co. *v.* STINSON. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert E. Plunkett* for petitioner. *Mr. U. S. Bratton* for respondent.

No. 196. SOUTHERN MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles C. Trabue, Jr.,* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 197. CASHMAN *v.* MARSHALL's U. S. AUTO SUPPLY, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Randal C. Harvey* for petitioner. *Mr. T. M. Lillard* for respondent.

No. 198. COX *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 199. CHILDERS *v.* SAME. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Robert Stone* and *Ellis D. Bever* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall*